PHILLIP A. TALBERT
United States Attorney
JUSTIN J. GILIO
ANTONIO J. PATACA
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                           Plaintiff,<br><br>v.<br><br>TAYLOR WASHINGTON,<br><br>                           Defendant. | CASE NO. 1:22-CR-00122-ADA-BAM<br><br>STIPULATION VACATING STATUS CONFERENCE AND SETTING CHANGE OF PLEA; ORDER<br><br>DATE: 7/12/2023<br>TIME: 1:00 p.m.<br>COURT: Hon. Barbara A. McAuliffe |

## BACKGROUND

1. This case is set for status conference on 7/12/2023. By this stipulation, defendant now moves to vacate the status conference and to **set the case for a change of plea hearing on June 12, 2023 at 8:30 a.m.** before the Hon. Ana de Alba. The proposed change of plea date represents the earliest date that all counsel are available, taking into account counsels' schedules, defense counsel's commitments to other clients, and the court's available dates for a change of plea hearing.

2. Time has already been excluded up to and including July 12, 2023.

IT IS SO STIPULATED.

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

1

Dated:  May 11, 2023                                          PHILLIP A. TALBERT
                                                              United States Attorney


                                                              /s/ ANTONIO J. PATACA
                                                              ANTONIO J. PATACA
                                                              Assistant United States Attorney


Dated:  May 11, 2023                                          /s/ MICHAEL G. MCKNEELY
                                                              MICHAEL G. MCKNEELY
                                                              Counsel for Defendant
                                                              TAYLOR WASHINGTON

## **ORDER**

IT IS SO ORDERED that the status conference set for July 12, 2023, is vacated. A change of plea hearing is set for **June 12, 2023, at 8:30 a.m. before District Judge Ana de Alba**. Time was previously excluded.

IT IS SO ORDERED.

Dated:  **May 11, 2023**                               /s/ *Barbara A. McAuliffe*
                                                              UNITED STATES MAGISTRATE JUDGE

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

3