PHILLIP A. TALBERT
United States Attorney
JUSTIN J. GILIO
ANTONIO J. PATACA
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　　　　v.<br><br>TAYLOR WASHINGTON,<br><br>　　　　　　　Defendant. | CASE NO. 1:22-CR-00122-NODJ-BAM<br><br>STIPULATION FOR CONTINUANCE; ORDER<br><br>DATE: 7/8/2024 |

# BACKGROUND

1.　　　This case is set for status conference on 7/8/2024. By this stipulation, defendant now moves to continue the status conference to July 16, 2024, at 2:00 p.m. Defense needs the additional time to meet with his client and negotiate a resolution of the violation with the government and probation officer. The government has no objection to the continuance.

　　　IT IS SO STIPULATED.


Dated: July 1, 2024　　　　　　　　　　　　　　PHILLIP A. TALBERT
　　　　　　　　　　　　　　　　　　　　　　　United States Attorney


　　　　　　　　　　　　　　　　　　　　　　　/s/ Justin J. Gilio
　　　　　　　　　　　　　　　　　　　　　　　Justin J. Gilio
　　　　　　　　　　　　　　　　　　　　　　　Assistant United States Attorney

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

1

Dated: July 1, 2024

/s/ Jarrett Kline
Jarrett Kline
Counsel for Defendant
TAYLOR WASHINGTON

**ORDER**

Based on the parties' stipulation, the status conference set for July 8, 2024, at 2:00 p.m. SHALL BE CONTINUED to July 16, 2024, at 2:00 p.m. The defendant is ordered to appear.

IT IS SO ORDERED.

Dated: **July 1, 2024**

UNITED STATES MAGISTRATE JUDGE