PHILLIP A. TALBERT
United States Attorney
JUSTIN J. GILIO
ANTONIO J. PATACA
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　　　v.<br><br>TAYLOR MURRELL WASHINGTON,<br><br>　　　　　　　Defendant. | CASE NO. 1:22-CR-00122<br><br>GOVERNMENT MOTION TO DISMISS PETITION FOR VIOLATION OF SUPERVISED RELEASE AND ORDER |

At the request of the probation officer, the United States of America, by and through its counsel, hereby moves for dismissal without prejudice of the PETITION FOR VIOLATION OF SUPERVISED RELEASE signed by this Court on November 21, 2024, in the above-captioned matter. The probation officer has obtained additional information about the circumstances underlying the offense and has determined that there is insufficient evidence to support the violations alleged in the petition.

Dated: November 26, 2024　　　　　　　　　　　　　PHILLIP A. TALBERT
　　　　　　　　　　　　　　　　　　　　　　　　　United States Attorney

　　　　　　　　　　　　　　　　　　　　By:　*/s/ Justin J. Gilio*
　　　　　　　　　　　　　　　　　　　　　　Justin J. Gilio
　　　　　　　　　　　　　　　　　　　　　　Antonio J. Pataca
　　　　　　　　　　　　　　　　　　　　　　Assistant United States Attorney

MOTION TO DISMISS AND PROPOSED ORDER

**O R D E R**

IT IS SO ORDERED.

Dated:   **November 26, 2024**

_____
UNITED STATES DISTRICT JUDGE